Honorable Judge Mary Jo Heston
Chapter 13
Hearing Location: Tacoma
Hearing Date: July 30, 2019
Hearing Time: 1:00 p.m.

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>Frank Deland Cobb aka Franklin Deland Cobb<br>Gaysha Sandy Cobb aka Gaysha Spears,<br><br>Debtors. | **CASE NO.: 19-41717-MJH**<br><br>**CHAPTER 13**<br><br>**OBJECTION TO CONFIRMATION BY JPMORGAN CHASE BANK, NATIONAL ASSOCIATION** |

JPMorgan Chase Bank, National Association ("Creditor"), objects to confirmation of the proposed chapter 13 plan (The "Plan") of Frank Deland Cobb and Gaysha Sandy Cobb ("Debtors" herein). The basis for this objection is that the Plan does not comply with the provisions of Title 11, chapter 13 of the United States Bankruptcy Code and thus should not be confirmed by the Court.

### I. BACKGROUND

On or about September 20, 2001, Frank D. Cobb executed and delivered a note in favor of Washington Mutual Bank in the original principal amount of $50,000.00. This Note was secured by a Deed of Trust ("Deed") encumbering real property commonly described as 3917 29th Ave Ct E, Tacoma, WA 98404 ("Property"). Creditor is the holder of the note or services the note for the holder.

On May 25, 2019, Debtors filed for protection under Title 11, chapter 13 of the United States Code under cause number 19-41717-MJH in the above listed court.

The outstanding balance due on the Note as of filing is approximately $46,637.97. As of the same date the loan is contractually due for the January 15, 2016 payment.

Objection to Confirmation - 1
MH# WA-19-155197

McCarthy & Holthus, LLP
108 1st Avenue South, Ste. 300
Seattle, WA 98104
(206) 596-4856

The pre-petition arrears, including payments, late charges, escrow advances and accrued fees and costs are approximately $6,891.26 as will be detailed in Creditor's filed proof of claim. The monthly payment due as of June 15, 2019 is $178.73.

## II.  ARGUMENT AND AUTHORITY

Under 11 U.S.C. § 1325 (a)(1) and 1322 (b)(2) a plan may not modify the rights of a holder of a claim secured only by an interest in real property that is the Debtor's personal residence. In the case at bar, the Debtor has scheduled payment of all remaining attorney fees ahead of all creditors. By this, the Debtor has proposed to deny Creditor a monthly maintenance payment for approximately the first five to six months of the chapter 13 plan. The plan thus creates a default rather than cure the default initially while also modifying Creditor's right to a regular maintenance payment. The Creditor has no objection to payment of the attorney fees, but that payment should be concurrent with at least the regular monthly maintenance payment on the Property.

## III.  CONCLUSION

For the reasons listed above, the chapter 13 plan as proposed fails to comply with the requirements of United States Code Title 11. Therefore, Creditor respectfully requests the Court deny confirmation of the proposed Chapter 13 plan. If the court sustains this objection and denies confirmation, Creditor respectfully requests that the Court set a deadline by which an amended plan is to be filed. Creditor further requests that if the Debtor does not file the Amended Plan by the date imposed by the Court, that the Trustee be permitted to submit an order dismissing the bankruptcy case for failure to comply with the order of the court.

Dated: July 19, 2019            McCarthy & Holthus, LLP

/s/ Lance E. Olsen
Lance E. Olsen, Esq. WSBA# 25130
Michael S. Scott WSBA# 28501
Attorneys for Movant

Objection to Confirmation - 2
MH# WA-19-155197

McCarthy & Holthus, LLP
108 1st Avenue South, Ste. 300
Seattle, WA 98104
(206) 596-4856

## CERTIFICATE OF SERVICE

On 7/19/2019, I served the foregoing **OBJECTION TO CONFIRMATION** on the following individuals by electronic means through the Court's ECF program:

**TRUSTEE**  
Michael G. Malaier  
ecfcomputer@chapter13tacoma.org

**DEBTORS' COUNSEL**  
Ellen Ann Brown  
stopdebt@gmail.com

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/ Salvador Arroyo  
Salvador Arroyo

On 7/19/2019, I served the foregoing **OBJECTION TO CONFIRMATION** on the following individuals by depositing true copies thereof in the United States mail, enclosed in a sealed envelope, with postage paid, addressed as follows:

**DEBTORS**  
Frank Deland Cobb, 3917 29th Ave Ct E, Tacoma, WA 98404

Gaysha Sandy Cobb, 3917 29th Ave Ct E, Tacoma, WA 98404

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/ Hue Banh  
Hue Banh

Certificate of Mailing- 3  
MH#WA-19-155197

McCarthy & Holthus, LLP  
108 1st Avenue South, Ste. 300  
Seattle, WA 98104  
(206) 596-4856