BROWN AND SEELYE PLLC
Ellen Ann Brown Esq.
Susan H. Seelye Esq.
744 South Fawcett Ave
Tacoma, WA 98402
Telephone   253-573-1958
Facsimile    253-274-1200

HONORABLE MARY JO HESTON
HEARING DATE: July 30, 2019
TIME: 1:00 pm

Chapter 13
Tacoma, WA

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT COURT OF WASHINGTON

Re

FRANK DELAND COBB
GAYSHA SANDY COBB

　　　　Debtor(s)
_____

In Chapter 13 Proceeding

No. 19-41717

RESPONSE TO OBJECTION TO CONFIRMATION

COMES NOW the above-referenced debtor(s) through their attorneys of record and states:

　Debtors have been told by Specialized Loan Servicing when they inquire as to their status that they are current and no extra payments will be accepted.  They are also informed that their monthly payment is $460.22 which conflicts with the amount stated in the Objection to confirmation by Specialized Loan Servicing stating the post petition payment amount is $885.32 and arrears in the amount of $1029.15.  Debtors contest this amount and have asked for proof of this monthly payment and delinquency which has not yet been provided.

　The Debtor(s) request that the Objection to Confirmation be denied without proof of current payment amounts and proof of any arrears and that the Plan be confirmed.

　Dated July 22, 2019


　/s/ Ellen Ann Brown
_____
　ELLEN ANN BROWN WSB#27992
RESPONSE Page 1 Attorneys for Debtor(s)