Entered on Docket January 9, 2024

**Below is the Order of the Court.**



_Mary Jo Heston_
**Mary Jo Heston
U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

In re:

SPEED TRANS, LLC,

      Debtor(s).

Case No.: 23-41110

ORDER CONFIRMING PLAN

THIS MATTER came before the Court on the Debtor's request for confirmation of its Amended Chapter 11 Plan [Docket No. 165] ("Plan"). The Court held a hearing on confirmation of the Plan on December 20, 2023. The Court reviewed and considered the Plan, all evidence submitted in support of and in opposition to the Plan, and the records, files and subsequent declaration filed on January 5, 2024 in this case. The Court, having been fully advised in the premises and good cause appearing;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. The Plan is confirmed under 11 U.S.C. §1191(b);

Order Re Motion to Extend Time

1403 8th Street
Marysville, WA 98270
P 425.212.4800 || F 425.212.4802

**Neeleman Law Group**

Case 23-41110-MJH    Doc 179    Filed 01/09/24    Ent. 01/09/24 14:20:46    Pg. 1 of 2

2. The Effective date of the Plan will occur upon the date this order becomes final, more specifically fourteen (14) days after the date of entry of the order.

//END OF ORDER//

Presented by:

NEELEMAN LAW GROUP
*/s/ Jennifer L. Neeleman*
Thomas D. Neeleman, WSBA #33980
Jennifer L. Neeleman, WSBA #37374
Angela R. Neeleman, WSBA #37421
Benjamin T. Neeleman, WSBA #51329
1403 8th Street
Marysville, WA 98270
Telephone (425) 212-4800

Order Re Motion to Extend Time

1403 8th Street
Marysville, WA 98270

P 425.212.4800 || F 425.212.4802

**Neeleman Law Group**